UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOSEPH HITCHCOCK, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| Plaintiff, | Case No.: 1:21-cv-00758 (FJS/DJS) |
| -against- | |
| TOWN OF POESTENKILL, NEW YORK KEITH HAMMOND in his official capacity as Town Supervisor of Poestenkill, and TRACY CHURCH in his official capacity as Code Officer Of Poestenkill and individual capacity, | |
| Defendants. | |

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties that have appeared in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 28, 2022

MARCELLE LAW

By: _____
Thomas Marcelle, Esq.
Bar Roll No. 102117
Attorneys for Plaintiff Joseph Hitchcock
61 Devonshire Drive
Slingerlands, New York 12207
Telephone: (518) 424-9275
Email: tjmarcelle88@gmail.com

Dated: September 28, 2022.   MURPHY BURNS LLP

By: _____
    James J. Burns, Esq.
    Bar Roll No.: 601072
Attorneys for Defendants Town of Poestenkill, New York,
Keith Hammond and Tracy Church, in his official capacity as
Code Enforcement Officer of Poestenkill
407 Albany Shaker Road
Loudonville, New York 12211
Telephone: (518) 690-0096
Email: jburns@murphyburnslaw.com

Dated: September 29, 2022.   E. STEWART JONES HACKER MURPHY LLP

By: _____
    John F. Harwick, Esq.
    Bar Roll No. 508156
Attorneys for Defendant Tracy Church (in his individual capacity)
200 Harborside Drive, Suite 300
Schenectady, New York 12305
Telephone: (518) 213-0113
Email: jharwick@joneshacker.com

Dated: ~~September~~ October 4, 2022.   SO ORDERED:

_____
Hon. Frederick J. Scullin, Jr.
Senior United States District Judge